1 | BENJAMIN B. WAGNER
United States Attorney
2 | LAUREL J. MONTOYA
Assistant U.S. Attorney
3 | 2500 Tulare Street, Room 4401
Fresno, California 93721
4 | Telephone: (559) 497-4000

FILED

OCT 31 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

1: 12 MJ 00260 DLB

UNITED STATES OF AMERICA,            )
                                     )
            Plaintiff,               )
                                     )   ORDER RE: MOTION TO SEAL
      v.                             )   COMPLAINT PURSUANT TO RULE
                                     )   6(e), FEDERAL RULES OF
ROBERT AVILA NUNEZ,                  )   CRIMINAL PROCEDURE
                                     )
            Defendant.               )
_____)

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Complaint filed herein is sealed until further order of this Court.

DATED: 10/31/12

_____
DENNIS L. BECK
U.S. MAGISTRATE JUDGE

3